(October 14, 1970)

In the Matter of GEORGE R. MORROW, as Supervisor of the Town of Mount Pleasant, Appellant, v. WILLIAM V. VAN WART et al., Constituting the

730

Board of Elections of Westchester County, Respondents.—

No opinion. Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.